UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MERRILL CLARK GARDNER,

    Petitioner,

v.                                                Case No. 3:23cv10077/MCR/MAL

UNITED STATES OF AMERICA,

    Respondent.
_____/

## **ORDER**

This case is before me on the magistrate judge's Report and Recommendation dated October 25, 2023, recommended that this case be transferred to the United States District Court for the Middle District of Florida.  (ECF No. 16.)  Petitioner was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation (ECF No. 16) is adopted and incorporated by reference in this order.

2. The clerk shall transfer this case to the United States District Court for the Middle District of Florida, Orlando Division for all further proceedings.

**DONE AND ORDERED** this 18th day of January 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**